# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# EL DORADO DIVISION

| | | |
|---|---|---|
| **BETTY LEE, NEXT FRIEND FOR** | ) | |
| **ASHLEY NICOLE WEBSTER,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 06-1023 |
| | ) | |
| **PIZZA HUT OF AMERICA, INC.,** | ) | |
| **N.P.C. INTERNATIONAL, INC., FORMERLY** | ) | |
| **KNOWN AS NATIONAL PIZZA COMPANY,** | ) | |
| **AND WILFORD DEON FRAZIER,** | ) | |
| | ) | |
|     **Defendants.** | ) | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties hereto having resolved this matter and agreed that the Court should enter an order and judgment dismissing this case with prejudice, it is HEREBY ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

SO ORDERED this 5th day of July, 2006.

        /s/Harry F. Barnes
    Hon. Harry F. Barnes
    United States District Judge

CONSENTED TO AND APPROVED FOR ENTRY BY:

By: /s/ Robert L. Depper (w/permission)
Attorney for Plaintiff
Robert L. Depper, Jr.
314 East Oak Street
El Dorado, AR 71730
Tel. 870/862-5505
Email:bdepper@cox-internet.com



By: /s/ M. Kimberly Hodges
TN BPR #20809
**Attorneys for Defendant**
LEWIS FISHER HENDERSON
CLAXTON & MULROY, LLP
6410 Poplar Avenue, Suite 300
Memphis, Tennessee 38119
Telephone: (901) 767-6160
Facsimile: (901) 767-7411
Email: kimh@lfhc.com